1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone:  415/394-3800
3  Facsimile:  415/394-3806

4  Attorneys for Defendant
   LONNIE TERRELL

FILED

NOV 08 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-MJ-003190KJM-1 |
| Plaintiff, | STIPULATION AND ORDER |
| v. | TO RESCHEDULE THE DETENTION HEARING AND STATUS OF COUNSEL |
| LONNIE TERRELL, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the Detention Hearing presently set for November 8, 2010, shall be continued to November 12, 2010.

As mandated by 18 U.S.C. § 3142(f)(2)(B), the parties have established good cause to postpone the Detention Hearing beyond five days from Defendant's Initial Appearance. (See accompanying declaration of counsel).

/S/MICHAEL ANDERSON          /S/ZENIA K. GILG
MICHAEL ANDERSON             ZENIA K. GILG
Assistant U.S. Attorney      Attorney for Defendant

1

```
1  Dated: November 4, 2010                Dated: November 4, 2010

3       IT IS SO ORDERED.
4       Dated: Nov. 8, 2010
                                          /s/ Gregory G. Hollows
5                                         GREGORY G. HOLLOWS
                                          _____
6                                         GREGORY G. HOLLOWS
                                          Magistrate Judge
```

2