```
1  ZENIA K. GILG, SBN 171922
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone:  415/394-3800
3  Facsimile:  415/394-3806

4  Attorneys for Defendant
   LONNIE TERRELL
5
```

FILED

NOV 08 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LONNIE TERRELL,<br><br>    Defendant.<br>_____/ | No. 10-MJ-003190KJM-1<br><br>STIPULATION AND ORDER<br>TO RESCHEDULE THE DETENTION HEARING AND STATUS OF COUNSEL |

THE PARTIES HEREBY STIPULATE AND AGREE that the Detention Hearing presently set for November 8, 2010, shall be continued to November 12, 2010.

As mandated by 18 U.S.C. § 3142(f)(2)(B), the parties have established good cause to postpone the Detention Hearing beyond five days from Defendant's Initial Appearance. (See accompanying declaration of counsel).

/S/MICHAEL ANDERSON                 /S/ZENIA K. GILG
MICHAEL ANDERSON                    ZENIA K. GILG
Assistant U.S. Attorney             Attorney for Defendant

1

```
1  Dated: November 4, 2010              Dated: November 4, 2010
2
3       IT IS SO ORDERED.
4       Dated: Nov. 8, 2010
5                                       /s/ Gregory G. Hollows
                                        _____
6                                       GREGORY G. HOLLOWS
                                        Magistrate Judge
7
```

2