```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2755
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )   CR. S-10-477 LKK
          Plaintiff,           )
                               )   ORDER CONTINUING STATUS
                               )   CONFERENCE
     v.                        )
                               )
LONNIE TERRELL,                )
ANTHONY MONTANO,               )
ALEX LINDBERG,                 )
JEREMY TERRELL,                )
NICHOLAS ROMAN, and            )
RUTH JIMENEZ,                  )
                               )
          Defendants.          )
                               )
```

This matter came before the Court for a status conference on December 7, 2010, at 9:15 a.m. The United States was represented by Assistant United States Attorney Michael D. Anderson. Defendants Lonnie Terrell, Montano, Jeremy Terrell, Roman and Jimenez were personally present. Defendant Lindberg's personal appearance was waived by an order signed by the Court on December 6, 2010. Attorney Zenia Gilg appeared for Defendant Lonnie

1

1  Terrell and on behalf of Attorney James Bustamante for Defendant
2  Jimenez, Attorney Michael Petrik appeared for Defendant Montano,
3  Attorney Ronald Peters appeared for Defendant Jeremy Terrell and
4  Attorney Lisa Meier appeared for Defendant Roman.
5       The parties and all defendants agreed to set a status
6  conference date of February 1, 2011, at 9:15 a.m.  Defense
7  counsel requested additional time to prepare and to review
8  discovery.
9       The Court ordered the status conference continued to
10 February 1, 2011, at 9:15 a.m.  The Court further ordered that
11 time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code
12 T4 (reasonable time to prepare).  The Court directed government
13 counsel to prepare a formal order.
14
15      **IT IS HEREBY ORDERED**:
16      1.   A status conference is set for February 1, 2011, at
17 9:15 a.m.
18      2.   Based on the parties' representations, the Court finds
19 that the ends of justice outweigh the best interest of the public
20 and Defendants in a speedy trial.  Accordingly, time under the
21 Speedy Trial Act shall be excluded through February 1, 2011.
22
23      IT IS SO ORDERED
24
25
26 Date: December 8, 2010
27                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
28                                  UNITED STATES DISTRICT COURT