1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2755

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   CR. S-10-477 LKK
12           Plaintiff,             )
                                    )   ORDER CONTINUING STATUS
13                                  )   CONFERENCE
        v.                          )
14                                  )
   LONNIE TERRELL,                  )
15 ANTHONY MONTANO,                 )
   ALEX LINDBERG,                   )
16 JEREMY TERRELL,                  )
   NICHOLAS ROMAN, and              )
17 RUTH JIMENEZ,                    )
                                    )
18           Defendants.            )
                                    )

19

20

21

22      This matter came before the Court for a status conference on

23 December 7, 2010, at 9:15 a.m.  The United States was represented

24 by Assistant United States Attorney Michael D. Anderson.

25 Defendants Lonnie Terrell, Montano, Jeremy Terrell, Roman and

26 Jimenez were personally present.  Defendant Lindberg's personal

27 appearance was waived by an order signed by the Court on December

28 6, 2010.  Attorney Zenia Gilg appeared for Defendant Lonnie

                                   1

Terrell and on behalf of Attorney James Bustamante for Defendant Jimenez, Attorney Michael Petrik appeared for Defendant Montano, Attorney Ronald Peters appeared for Defendant Jeremy Terrell and Attorney Lisa Meier appeared for Defendant Roman.

The parties and all defendants agreed to set a status conference date of February 1, 2011, at 9:15 a.m.  Defense counsel requested additional time to prepare and to review discovery.

The Court ordered the status conference continued to February 1, 2011, at 9:15 a.m.  The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1.  A status conference is set for February 1, 2011, at 9:15 a.m.

2.  Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through February 1, 2011.

IT IS SO ORDERED

Date: December 8, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT