```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2755
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )  CR. S-10-477 LKK
12             Plaintiff,          )
                                   )  ORDER CONTINUING STATUS
13                                 )  CONFERENCE AND EXCLUDING TIME
        v.                         )
14                                 )
    LONNIE TERRELL,                )
15  ANTHONY MONTANO,               )
    ALEX LINDBERG,                 )
16  JEREMY TERRELL,                )
    NICHOLAS ROMAN, and            )
17  RUTH JIMENEZ,                  )
                                   )
18             Defendants.         )
                                   )
19
20
21
22       This matter came before the Court for a status conference on
23  February 1, 2011, at 9:15 a.m.  The United States was represented
24  by Assistant United States Attorney Michael D. Anderson.
25  Defendants Montano, Jeremy Terrell, Roman and Jimenez were
26  personally present.  Defendant Lindberg's personal appearance was
27  waived by an order signed by the Court on December 6, 2010.
28  Defendant Lonnie Terrell was not present due to a medical
```

1

1  emergency; the Court waived his appearance.  Attorney David
2  Dratman appeared for Defendant Lonnie Terrell, Attorney James
3  Bustamante appeared for Defendant Jimenez, Attorney Michael
4  Petrik appeared for Defendant Montano, Attorney Ronald Peters
5  appeared for Defendant Alex Lindberg, Attorney Daniel Shultz
6  appeared for Defendant Jeremy Terrell and Attorney Lisa Meier
7  appeared for Defendant Roman.
8       The parties and all defendants agreed to set a status
9  conference date of March 15, 2011, at 9:15 a.m.  Defense counsel
10 requested additional time to prepare and to review discovery.
11      The Court ordered the status conference continued to March
12 15, 2011, at 9:15 a.m.  The Court further ordered that time be
13 excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4
14 (reasonable time to prepare) as to all defendants.  In addition,
15 for Lonnie Terrell the Court also ordered time be excluded under
16 18 U.S.C. § 3161(h)(6); Local Code R.  The Court directed
17 government counsel to prepare a formal order.

23      **IT IS HEREBY ORDERED**:
24      1.   A status conference is set for March 15, 2011, at 9:15
25 a.m.
26      2.   Based on the parties' representations, the Court finds
27 that the ends of justice outweigh the best interest of the public
28 and Defendants in a speedy trial.  Accordingly, time under the

2

1  Speedy Trial Act shall be excluded through March 15, 2011.
2
3       IT IS SO ORDERED
4
5
6  Date: February 15, 2011
7                                    _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
8                                    UNITED STATES DISTRICT COURT