```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY MONTANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ,<br><br>　　　　　　Defendants. | Case No. 2:10-CR-477 LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 19, 2011<br><br>Date:　March 15, 2011<br>Time:　9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, through their respective attorneys, that the Court should vacate the status conference scheduled for March 15, 2011, at 9:15 a.m., and reset it for April 19, 2011, at 9:15 a.m.

　　Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

/ / /

1  It is further stipulated by the parties that the Court should
2  exclude the period from the date of this order through April 19, 2011,
3  when it computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting defendants'
6  request for a continuance outweigh the best interest of the public and
7  the defendants' in a speedy trial, and that this is an appropriate
8  exclusion of time for defense preparation within the meaning of 18 U.S.C.
9  § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: March 11, 2011                Respectfully submitted,

11                                      DANIEL BRODERICK
                                        Federal Defender
12
                                        /s/ M. Petrik
13                                      _____
                                        MICHAEL PETRIK, Jr.
14                                      Assistant Federal Defender
                                        Attorney for Anthony Montano
15

16 Dated: March 11, 2011                /s/ M. Petrik for David Dratment
                                        DAVID DRATMAN
17                                      Attorney for Lonnie Terrell

18

19 Dated: March 11, 2011                /s/ M. Petrik for Ronald Peters
                                        RONALD PETERS
20                                      Attorney for Alex Lindberg

21

22 Dated: March 11, 2011                /s/ M. Petrik for Daniel Schultz
                                        DANIEL SCHULTZ
23                                      Attorney for Jeremy Terrell

24

25 Dated: March 11, 2011                /s/ M. Petrik for Lisa Meier
                                        LISA MEIER
26                                      Attorney for Nicholas Roman

27

28

Stipulation and Order              -2-

```
Dated: March 11, 2011                /s/ M. Petrik for Kelly Babineau
                                     KELLY BABINEAU
                                     Attorney for Ruth Jimenez


Dated: March 11, 2011                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M. Petrik for M. Anderson
                                     _____
                                     MICHAEL ANDERSON
                                     Assistant U.S. Attorney
```

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on April 19, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: March 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT