LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
NICHOLAS ROMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LONNIE PATRICK TERRELL,<br><br>    Defendant.<br>_____/ | Case No.  2:10CR0477 LKK<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS<br>CONFERENCE TO JUNE 1, 2011<br><br>Date: April 19, 2011<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, through their respective attorneys, that the Court should vacate the status conference scheduled for April 19, 2011, at 9:15 a.m., and reset it for June 1, 2011, at 9:15 a.m.  Counsel for defendants have received and reviewed the discovery associated with this case, but require additional time to negotiate with the government in an effort to reach a negotiated disposition.

   It is further stipulated by the parties that the Court should exclude the period from the date of this order through June 1, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the public and the defendants' in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. §

1

3161(h)(7)(A) and (B) (Local Code T4).

                                                        Respectfully submitted,

Dated: April 15, 2011        /S/LISA B. MEIER
                                           LISA B. MEIER
                                           Attorney for NICHOLAS ROMAN

Dated: April 15, 2011        DANIEL BRODERICK
                                           Federal Defender

                                           /S/ LISA MEIER for MICHAEL PETRIK, JR
                                           MICHAEL PETRIK, JR
                                           Assistant Federal Defender
                                           Attorney for ANTHONY MONTANO

Dated: April 15, 2011        /S/ LISA MEIER for DAVID DRATMAN
                                           DAVID DRATMAN
                                           Attorney for LONNIE TERRELL

Dated: April 15, 2011        /s/ LISA B. MEIER for RONALD PETERS
                                           RONALD PETERS
                                           Attorney for ALEX LINDBERG

Dated: April 15, 2011        /S/ LISA B. MEIER for DANIEL SCHULTZ
                                           DANIEL SCHULTZ
                                           Attorney for JEREMY TERRELL

Dated: April 15, 2011        /S/LISA MEIER for KELLY BABINEAU
                                           KELLY BABINEAU
                                           Attorney for RUTH JIMENEZ

Dated: April 15, 2011        BENJAMIN B. WAGNER
                                           United States Attorney

                                           /S/ LISA B. MEIER for MICHAEL ANDERSON
                                           MICHAEL ANDERSON
                                           Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED. The Court orders time excluded from the date of this order through the status conference on June 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: April 18, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2