DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>              Plaintiff,    )<br>                             )<br>     v.                      )<br>                             )<br>LONNIE TERRELL, ANTHONY      )<br>MONTANO, ALEX LINDBERG, JEREMY )<br>TERRELL, NICHOLAS ROMAN, and )<br>RUTH JIMENEZ,                )<br>                             )<br>              Defendants.    )<br>_____ ) | No. 10-477 LKK<br><br>ORDER<br><br>Date:  June 1, 2011<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for status conference on June 1, 2011. The parties agreed to reschedule the status conference to July 19, 2011, at 9:15 a.m. The parties also agreed to exclude time under the Speedy Trial Act up to and including July 19, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel.

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to July 19, 2011, at 9:15 a.m.; and,

/ / /

/ / /

/ / /

ORDER                                    1                              10-477 LKK

**IT IS FURTHER ORDERED** that the period from June 1, 2011, up to and including July 19, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel.

Dated:   June 3, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT