DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ,<br><br>        Defendants. | No. 10-477 LKK<br><br>ORDER<br><br>Date:  July 19, 2011<br>Time:  9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for status conference on July 19, 2011. The parties agreed to reschedule the status conference to September 20, 2011, at 9:15 a.m. The parties also agreed to exclude time under the Speedy Trial Act up to and including September 20, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel. Finally, the parties agreed that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to September 20, 2011, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from July 19, 2011, up to and including September 20, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Dated: July 21, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT