**FILED**

September 19, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10CR000477-LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LONNIE TERRELL, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __LONNIE TERRELL__ , Case No.

2:10CR000477-LKK__ , Charge _21USC § 845, 841(a)(1)_ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

___   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_✔_   (Other)   ___Pretrial conditions as stated on the record.___

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 19, 2011__ at _2:00 pm_ .

By   _/s/ Gregory G. Hollows_

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court

## SPECIAL CONDITIONS OF RELEASE

1.  You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3.  Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4.  You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5.  You shall not possess a firearm, ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

6.  You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7.  You shall submit to DNA testing as directed by the United States Attorney's Office; (stayed)

8.  You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

9.  You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall not have any contact, direct or indirect, with any victims or witnesses associated with your criminal matter unless in the presence of counsel or otherwise approved in advance by the Court;

11. You shall seek and/or maintain verifiable employment and provide proof of same as requested by your pretrial services officer; you shall not engage in or assist others to engage in any real estate transactions during the pendency of this case;

12. You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.