```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANTHONY MONTANO
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-477 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE TO November 8, |
| | ) 2011 |
| LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, | ) Date: September 20, 2011 |
| | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, through their respective attorneys, that the Court should vacate the status conference scheduled for September 20, 2011, at 9:15 a.m., and reset it for November 8, 2011, at 9:15 a.m.

   Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

/ / /

1     It is further stipulated by the parties that the Court should
2  exclude the period from the date of this order through November 8, 2011,
3  when it computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting defendants'
6  request for a continuance outweigh the best interest of the public and
7  the defendants' in a speedy trial, and that this is an appropriate
8  exclusion of time for defense preparation within the meaning of 18 U.S.C.
9  § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: September 16, 2011             Respectfully submitted,

11                                       DANIEL BRODERICK
                                         Federal Defender
12
                                         /s/ M. Petrik
13                                       _____
                                         MICHAEL PETRIK, Jr.
14                                       Assistant Federal Defender
                                         Attorney for Anthony Montano
15

16 Dated: September 16, 2011             /s/ M. Petrik for David Dratment
                                         DAVID DRATMAN
17                                       Attorney for Lonnie Terrell

18

19 Dated: September 16, 2011             /s/ M. Petrik for Ronald Peters
                                         RONALD PETERS
20                                       Attorney for Alex Lindberg

21

22 Dated: September 16, 2011             /s/ M. Petrik for Daniel Schultz
                                         DANIEL SCHULTZ
23                                       Attorney for Jeremy Terrell

24

25 Dated: September 16, 2011             /s/ M. Petrik for Lisa Meier
                                         LISA MEIER
26                                       Attorney for Nicholas Roman

27

28

Stipulation and Order                    -2-

1 | Dated: September 16, 2011        /s/ M. Petrik for Kelly Babineau
2 |                                  KELLY BABINEAU
  |                                  Attorney for Ruth Jimenez
3 |
4 | Dated: September 16, 2011        BENJAMIN B. WAGNER
  |                                  United States Attorney
5 |                                  /s/ M. Petrik for M. Anderson
6 |                                  _____
  |                                  MICHAEL ANDERSON
  |                                  Assistant U.S. Attorney
7 |
8 |
9 |                                **ORDER**

10    **IT IS SO ORDERED.** The Court Specifically finds that the ends of
11 justice served by granting of such a continuance outweigh the interest of
12 the public and the defendant in a speedy trial. The Court orders time
13 excluded from the date of this order through the status conference on
14 November 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local
15 Code T4).

16
17 DATED: September 19, 2011
18                                  _____
                                    LAWRENCE K. KARLTON
19                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Stipulation and Order                -3-