```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANTHONY MONTANO
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,        ) Case No. 2:10-CR-477 LKK
                                     )
13                  Plaintiff,       )
                                     ) STIPULATION AND ORDER TO CONTINUE
14       v.                          ) STATUS CONFERENCE TO November 8,
                                     ) 2011
15  LONNIE TERRELL, ANTHONY          )
    MONTANO, ALEX LINDBERG, JEREMY   ) Date:  November 8, 2011
16  TERRELL, NICHOLAS ROMAN, and     ) Time:  9:15 a.m.
    RUTH JIMENEZ,                    ) Judge: Hon. Lawrence K. Karlton
17                                   )
                    Defendants.      )
18                                   )
    _____)
19
```

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendants, LONNIE TERRELL, ANTHONY MONTANO, ALEX
22  LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, through their
23  respective attorneys, that the Court should vacate the status conference
24  scheduled for November 8, 2011, at 9:15 a.m., and reset it for January
25  10, 2012, at 9:15 a.m.
26     Counsel for defendants require further time to review discovery and
27  to negotiate with the government in an effort to resolve this matter.
28  / / /

1  It is further stipulated by the parties that the Court should
2  exclude the period from the date of this order through January 10, 2012,
3  when it computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting defendants'
6  request for a continuance outweigh the best interest of the public and
7  the defendants' in a speedy trial, and that this is an appropriate
8  exclusion of time for defense preparation within the meaning of 18 U.S.C.
9  § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: November 3, 2011          Respectfully submitted,

11                                  DANIEL BRODERICK
                                    Federal Defender
12
                                    /s/ M. Petrik
13                                  _____
                                    MICHAEL PETRIK, Jr.
14                                  Assistant Federal Defender
                                    Attorney for Anthony Montano
15

16 Dated: November 3, 2011          /s/ M. Petrik for David Dratment
                                    DAVID DRATMAN
17                                  Attorney for Lonnie Terrell

18

19 Dated: November 3, 2011          /s/ M. Petrik for Ronald Peters
                                    RONALD PETERS
20                                  Attorney for Alex Lindberg

21

22 Dated: November 3, 2011          /s/ M. Petrik for Daniel Schultz
                                    DANIEL SCHULTZ
23                                  Attorney for Jeremy Terrell

24

25 Dated: November 3, 2011          /s/ M. Petrik for Lisa Meier
                                    LISA MEIER
26                                  Attorney for Nicholas Roman

27

28

| | | |
|---|---|---|
| 1 | Dated: November 3, 2011 | /s/ M. Petrik for Kelly Babineau |
| 2 | | KELLY BABINEAU<br>Attorney for Ruth Jimenez |

Dated: November 3, 2011                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M. Petrik for M. Anderson
                                       _____
                                       MICHAEL ANDERSON
                                       Assistant U.S. Attorney


## ORDER

**IT IS SO ORDERED.** The Court Specifically finds that the ends of justice served by granting of such a continuance outweigh the interest of the public and the defendant in a speedy trial. The Court orders time excluded from the date of this order through the status conference on January 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: November 3, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT