1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANTHONY MONTANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-477 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE TO MARCH 20, |
| | ) 2012 |
| LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, | ) Date:  January 10, 2012<br>) Time:  9:15 a.m.<br>) Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, through their respective attorneys, that the Court should vacate the status conference scheduled for January 10, 2012, at 9:15 a.m., and reset it for March 20, 2012, at 9:15 a.m.

Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

/ / /

1  It is further stipulated by the parties that the Court should
2  exclude the period from the date of this order through March 20, 2012,
3  when it computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act. The
5  parties stipulate that the ends of justice served by granting defendants'
6  request for a continuance outweigh the best interest of the public and
7  the defendants' in a speedy trial, and that this is an appropriate
8  exclusion of time for defense preparation within the meaning of 18 U.S.C.
9  § 3161(h)(7)(A) and (B) (Local Code T4).

10  Dated: January 5, 2012                Respectfully submitted,

11                                        DANIEL BRODERICK
                                          Federal Defender
12
                                          /s/ M. Petrik
13                                        _____
                                          MICHAEL PETRIK, Jr.
14                                        Assistant Federal Defender
                                          Attorney for Anthony Montano
15

16  Dated: January 5, 2012                /s/ M. Petrik for David Dratment
                                          DAVID DRATMAN
17                                        Attorney for Lonnie Terrell

18

19  Dated: January 5, 2012                /s/ M. Petrik for Ronald Peters
                                          RONALD PETERS
20                                        Attorney for Alex Lindberg

21

22  Dated: January 5, 2012                /s/ M. Petrik for Daniel Schultz
                                          DANIEL SCHULTZ
23                                        Attorney for Jeremy Terrell

24

25  Dated: January 5, 2012                /s/ M. Petrik for Lisa Meier
                                          LISA MEIER
26                                        Attorney for Nicholas Roman

27

28

Stipulation and Order                -2-

| | | |
|---|---|---|
| 1 | Dated: January 5, 2012 | /s/ M. Petrik for Kelly Babineau |
| 2 | | KELLY BABINEAU<br>Attorney for Ruth Jimenez |

Dated: January 5, 2012        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ M. Petrik for M. Anderson
                              _____
                              MICHAEL ANDERSON
                              Assistant U.S. Attorney

## ORDER

Based on the reasons set forth in the stipulation of the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, January 10, 2012, be vacated and that the case be set for **Tuesday, March 20, 2012, at 9:15 a.m.**  The Court Specifically finds that the ends of justice served by granting of such a continuance outweigh the interest of the public and the defendants in a speedy trial.  The Court orders time excluded from the date of this order through the status conference on March 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: January 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT