```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Mr. Montano
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-10-477 LKK |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) Date: March 20, 2012 <br> ) Time: 9:15 a.m. |
| LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, | ) Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) |

This matter came before the Court for status conference on March 20, 2012. All parties agreed to reschedule the status conference to May 8, 2012, at 9:15 a.m. The parties also agreed to exclude time under the Speedy Trial Act up to and including May 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4) for preparation of defense counsel. Finally, the parties agreed that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to May 8, 2012, at 9:15 a.m.;

1    **IT IS FURTHER ORDERED** that the period from March 20, 2012, up to
2 and including May 8, 2012, is excluded pursuant to 18 U.S.C. §
3 3161(h)(7) (Local Code T4) due to preparation of defense counsel; and,

4    **THE COURT FINDS** that the ends of justice served by granting the
5 defendants' request for a continuance outweigh the best interest of the
6 public and the defendants in a speedy trial.

7 Dated: March 20, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT