1  KELLY BABINEAU  (CA State Bar #190418)
2  The Law Office of Kelly Babineau
3  901 H Street, Suite 203
   Sacramento, CA 95814
4  Tel:(916) 442-4948
   Fax: (916) 492-2909
5  kbabineau@klblawoffice.net

6  Attorney for RUTH JIMENEZ

7

8

9              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  THE UNITED STATES OF AMERICA, ) No. 10-CR-0477LKK
                    Plaintiff,       )
12                                   ) STIPULATION AND [PROPOSED]
       v.                            ) ORDER TO CONTINUE STATUS
13                                   ) CONFERENCE
                                     )
14  LONNIE TERRELL, ANTHONY          )
15  MONTANO, ALEX LINDBERG,          )
    JEREMY TERRELL, NICHOLAS         ) Date: 5-8-12
16  ROMAN, and RUTH JIMENEZ,         ) Time: 9:15 a.m.
17                                   ) Judge: Hon. Lawrence K. Karlton
                    Defendants.      )
18  _____ )
19
           IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant
20
21  United States Attorney, and defendants, LONNIE TERRELL, ANTHONY MONTANO,
22  ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN and RUTH JIMENEZ,
23
    through their respective attorneys, that the status conference date of May 8, 2012, should
24
25  be continued until June 26, 2012.
26
           Counsel for defendants require further time to review discovery and negotiate with
27
28  the government in an effort to resolve the matter.

                                        -1-

1

2

3          IT IS STIPULATED by the parties that the Court should exclude the period from

4    the date of this order through June 26, 2012, when it computes the time within which the

5    trial of the above criminal prosecution must commence for the purposes of the Speedy

6    Trial Act.  The parties stipulate that the ends of justice served by granting defendant's

7    request for a continuance outweigh the best interest of the public and the defendant's in a

8    speedy trial, and that this is an appropriate exclusion of time for defense preparation within

9    the meaning of 18 USC §3161(h)(7)(A) and (B) (Local Code T4.)

10   Dated:  May 2, 2012                                    Respectfully submitted,

11

12                                                          /s/ Kelly Babineau
                                                            KELLY BABINEAU
13                                                          Attorney for Ruth Jimenez

14

15   Dated: May 2, 2012                                     /s/ K. Babineau for David Dratman
                                                            DAVID DRATMAN
16                                                          Attorney for Lonnie Terrell

17   Dated:  May2, 2012                                     /s/ K. Babineau for Ronald Peters
                                                            RONALD PETERS
18                                                          Attorney for Alex Lindberg

19

20   Dated: May 2, 2012                                     /s/ K. Babineau for Michael Petrik
                                                            MICHAEL PETRIK
21                                                          Assistant Federal Defender
                                                            Attorney for Anthony Montano
22

23   Dated:  May2, 2012                                     /s/ K. Babineau for Daniel Schultz
                                                            DANIEL SCHULTZ
24                                                          Attorney for Jeremy Terrell

25

26   Dated:  May2, 2012                                     /s/ K. Babineau for Lisa Meier
                                                            LISA MEIER
27                                                          Attorney for Nicholas Roman

28

Dated: May 2, 2012                                   /s/ K. Babineau for Michael Anderson
                                                     MICHAEL ANDERSON
                                                     Assistant U.S. Attorney

## ORDER

   IT IS SO ORDERED.  The Court specifically finds that the ends of justice served

by granting of such a  continuance outweigh the interests of the public and the defendant in

a speedy trial.  The Court orders time excluded from the date of this order through the

status conference on June 26, 2012, pursuant to 18 USC §3161(h)(7) (A) and (B) (Local

Code T4.)

Dated: 5/2/2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1  KELLY BABINEAU  (CA State Bar #190418)
   The Law Office of Kelly Babineau
2  901 H Street, Suite 203
3  Sacramento, CA 95814
   Tel:(916) 442-4948
4  Fax: (916) 492-2909
5  kbabineau@klblawoffice.net

6  Attorney for RUTH JIMENEZ

7

8

9               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 THE UNITED STATES OF AMERICA,  ) No. 10-CR-0477LKK
                    Plaintiff,        )
12                                    ) [PROPOSED]
      v.                              ) ORDER TO CONTINUE
13                                    ) APPEAL
                                      )
14 RUTH JIMENEZ                       )
15                                    ) Date: 5-1-12
                    Defendant.        ) Time: 9:15 a.m.
16 _____) Judge: Hon. Lawrence K. Karlton
17

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that

19 the appeal set for April 10, 2012, at 9:15 a.m. be continued to May 1, 2012, at 9:15 a.m.

20 Based on the representations of counsel and good cause appearing therefrom, the Court

21
22 finds that the continuance is necessary to allow the parties to finish briefing the issue in this

23 case.

24

25 Dated: _____                    _____
26                                       LAWRENCE K. KARLTON
                                         United States District Court Judge
27

28

                                    -4-