DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
LONNIE TERRELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE TERRELL, et al.,<br><br>Defendants. | Case No.  2:10CR0477 LKK<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE RE LONNIE TERRELL** |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant, Lonnie Terrell, through his attorney of record, David W. Dratman, with the approval of the United States Pretrial Services Office, through United States Pretrial Services Officer Darryl Walker, that Special Condition of Release 12, be removed in its entirety.  Special Condition of Release 12 ordered as follows:

You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

CURFEW: You shall be subject to a curfew that will be determined by the pretrial services officer;

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the

1  Pretrial Services Agency and employees of the monitoring company. You shall pay all or
2  part of the costs of the program based upon your ability to pay as determined by the Pretrial
3  Services Officer.

4  Dated: May 22, 2012                  /s/ David W. Dratman
                                        DAVID W. DRATMAN
5                                       Attorney for Defendant
                                        LONNIE TERRELL
6

7  Dated: May 22, 2012                  BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY
8
                                        By: /s/Michael D. Anderson *
9                                           MICHAEL D. ANDERSON
                                            Assistant U.S. Attorney
10                                          *Signed with permission

11

12                                    **ORDER**

13      The Court, having considered the stipulation of the parties, adopts the stipulation of
14  the parties in its entirety as its order. Special Condition of Release 12 is removed in its
15  entirety.

16      It is so ordered.

17  Dated: May 22, 2012.              EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
18