```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTHONY MONTANO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ,<br><br>Defendants. | Case No. 2:10-cr-477 LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 7, 2012<br><br>Date:   June 26, 2012<br>Time:   9:15 a.m.<br>Judge:  Hon. Lawrence K. Karlton |

THE PARTIES STIPULATE through their respective attorneys that the Court should vacate the status conference scheduled for June 26, 2012, at 9:15 a.m., and reset it for August 7, 2012, at 9:15 a.m.

Counsel for the defendants require further time to review discovery, to confer with their respective clients, and to negotiate with the government in an effort to resolve this matter.

The parties further stipulate that the Court should exclude the period from the date of this order through August 7, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1  parties stipulate that the ends of justice served by granting the
2  defendants' request for a continuance outweigh the best interest of the
3  public and the defendants' in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

6  Dated: June 21, 2012                Respectfully submitted,

7                                      DANIEL BRODERICK
                                       Federal Defender
8
                                       /s/ M.Petrik
9                                      _____
                                       MICHAEL PETRIK, Jr.
10                                     Assistant Federal Defender
                                       Attorney for Anthony Montano
11

12 Dated: June 21, 2012                /s/ M.Petrik for David Dratman
                                       DAVID DRATMAN
13                                     Attorney for Lonnie Terrell

14 Dated: June 21, 2012                /s/ M.Petrik for Ronald Peters
                                       RONALD PETERS
15                                     Attorney for Alex Lindberg

16 Dated: June 21, 2012                /s/ M.Petrik for Daniel Schultz
                                       DANIEL SCHULTZ
17                                     Attorney for Jeremy Terrell

18 Dated: June 21, 2012                /s/ M.Petrik for Lisa Meier
                                       LISA MEIER
19                                     Attorney for Nicholas Roman

20 Dated: June 21, 2012                /s/ M.Petrik for Kelly Babineau
                                       KELLY BABINEAU
21                                     Attorney for Ruth Jimenez

22 Dated: June 21, 2012                BENJAMIN B. WAGNER
                                       United States Attorney
23
                                       /s/ M.Petrik for Michael Anderson
24                                     _____
                                       MICHAEL ANDERSON
25                                     Assistant U.S. Attorney

26

27

28

**ORDER**

The Court orders the status conference continued to August 7, 2012, at 9:15 a.m.  For the reasons stated above, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.  The Court orders time excluded from the date of this order through the status conference on August 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

**IT IS SO ORDERED.**

DATED: June 22, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT