1    LISA B. MEIER, SBN 218979
     809 Montgomery Street, 2nd Floor
2    San Francisco CA 94133
     Telephone: 415/394-3800
3    Facsimile: 415/394-3806

4    Attorney for Defendant
     NICHOLAS ROMAN
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,              Case No.  2:10CR0477 LKK

10              Plaintiff,

11

12        v.                                STIPULATION AND ORDER
                                            TO CONTINUE STATUS
13                                          CONFERENCE TO AUGUST 28, 2012
     LONNIE PATRICK TERRELL, ANTHONY
14   MONTANO, ALEX LINDBERG, JEREMY         Date: August 7, 2012
     TERRELL, NICHOLAS ROMAN, and RUTH      Time: 9:15 a.m.
15   JIMENEZ                                 Judge: Hon. Lawrence K. Karlton

16              Defendant.
     _____/
17

18        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

19   America, and defendants, LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG,

20   JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, through their respective

21   attorneys, that the Court should vacate the status conference scheduled for August 7, 2012, at

22   9:15 a.m., and reset it for August 28, 2012, at 9:15 a.m.

23        A plea agreement has been provided by the government to defendants through their

24   respective attorneys.  Counsel for defendants would like additional time to review the

25   provisions of the plea agreement with the defendants, including review of the factual bases with

26   the discovery to ensure that the plea is in the best interest of defendants and consistent with the

27   discovery provided by the government.  The parties expect that any resulting issues or concerns

28   will be resolved before August 28, 2012.

                                    1

1    It is further stipulated by the parties that the Court should exclude the period from the

2    date of this order through August 28, 2012, when it computes the time within which the trial of

3    the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

4    parties stipulate that the ends of justice served by granting defendants' request for a

5    continuance outweigh the best interest of the public and the defendants' in a speedy trial, and

6    that this is an appropriate exclusion of time for defense preparation within the meaning of 18

7    U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

8                                              Respectfully submitted,

9

10   Dated: August 3, 2012              /S/LISA B. MEIER_____
11                                      LISA B. MEIER
                                        Attorney for NICHOLAS ROMAN
12   Dated: April 3, 2012               DANIEL BRODERICK
13                                      Federal Defender

14                                      /S/ LISA MEIER for MICHAEL PETRIK, JR
                                        MICHAEL PETRIK, JR
15                                      Assistant Federal Defender
                                        Attorney for ANTHONY MONTANO
16
     Dated: August 3, 2012             /S/ LISA MEIER for DAVID DRATMAN
17                                      DAVID DRATMAN
                                        Attorney for LONNIE TERRELL
18
     Dated: August 3, 2012             /s/ LISA B. MEIER for RONALD PETERS
19                                      RONALD PETERS
                                        Attorney for ALEX LINDBERG
20
     Dated: August 3, 2012             /S/ LISA B. MEIER for DANIEL SCHULTZ
21                                      DANIEL SCHULTZ
                                        Attorney for JEREMY TERRELL
22
     Dated: August 3, 2012             /S/LISA MEIER for KELLY BABINEAU
23                                      KELLY BABINEAU
                                        Attorney for RUTH JIMENEZ
24
     Dated: August 3, 2012             BENJAMIN B. WAGNER
25                                      United States Attorney
26
                                        /S/ LISA B. MEIER for MICHAEL ANDERSON
27                                      MICHAEL ANDERSON
                                        Assistant U.S. Attorney
28

1

**ORDER**

2        The Court orders the status conference continued to August 28, 2012 at 9:15 a.m.  For

3   the reasons stated above, the Court finds that the ends of justice served by granting the

4   continuance outweigh the best interest of the public and the defendants in a speedy trial.  The

5   Court orders time excluded from the date of this order through this status conference on August

6   28, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7        IT IS SO ORDERED.

8        DATED: August 6, 2012

9

10                                              LAWRENCE K. KARLTON
                                                SENIOR JUDGE
11                                              UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28