```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    ANTHONY MONTANO
 6

 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10-477 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) STATUS CONFERENCE TO SEPTEMBER |
| v. | ) 18, 2012 |
|  | ) |
| LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, and RUTH JIMENEZ, | ) Date: August 28, 2012 |
|  | ) Time: 9:15 a.m. |
|  | ) Judge: Hon. Lawrence K. Karlton |
|  | ) |
| Defendants. | ) |
| _____ | ) |

   THE PARTIES STIPULATE through their respective attorneys that the Court should vacate the status conference scheduled for August 28, 2012, at 9:15 a.m., and reset it for September 18, 2012, at 9:15 a.m.

   Counsel for the defendants require further time to review discovery, to confer with their respective clients, and to negotiate with the government in an effort to resolve this matter.

   The parties further stipulate that the Court should exclude the period from the date of this order through September 18, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants' in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: August 24, 2012					Respectfully submitted,

							DANIEL BRODERICK
							Federal Defender

							/s/ M.Petrik
							_____
							MICHAEL PETRIK, Jr.
							Assistant Federal Defender
							Attorney for Anthony Montano

Dated: August 24, 2012					/s/ M.Petrik for David Dratman
							DAVID DRATMAN
							Attorney for Lonnie Terrell

Dated: August 24, 2012					/s/ M.Petrik for Ronald Peters
							RONALD PETERS
							Attorney for Alex Lindberg

Dated: August 24, 2012					/s/ M.Petrik for Kelly Babineau
							KELLY BABINEAU
							Attorney for Ruth Jimenez

Dated: August 24, 2012					BENJAMIN B. WAGNER
							United States Attorney

							/s/ M. Petrik for Michael Anderson
							_____
							MICHAEL ANDERSON
							Assistant U.S. Attorney

Stipulation And Order				2				10-477 LKK

**ORDER**

The Court orders the status conference continued to September 18, 2012, at 9:15 a.m.  For the reasons stated above, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.  The Court orders time excluded from the date of this order through the status conference on September 18, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

**IT IS SO ORDERED.**

DATED: August 24, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT