1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5

6  Attorney for Defendant
   LONNIE TERRELL
7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | Case No.  2:10CR0477 LKK |
12 | Plaintiff, | **STIPULATION AND ORDER RE LONNIE TERRELL TO CONTINUE STATUS CONFERENCE TO OCTOBER 16, 2012** |
13 | vs. | |
14 | LONNIE TERRELL, et al., | |
15 | Defendants. | |

16         IT IS HEREBY STIPULATED between Plaintiff, United States, through their

17 attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant,

18 Lonnie Terrell, through his attorney of record, David W. Dratman, that the Court should

19 vacate the status conference scheduled for September 18, 2012, at 9:15 a.m.; and, reset it for

20 October 16, 2012, at 9:15 a.m. for defendant Lonnie Terrell only.

21         Counsel for defendant Terrell requires further time to review discovery, to confer with

22 his respective client, and to negotiate with the government in an effort to resolve this matter.

23         The parties further stipulate that the Court should exclude the period from the date of

24 this order through October 16, 2012, when it computes the time within which the trial of the

25 above criminal prosecution must commence for purposes of the Speedy Trial Act. The

26 parties stipulate that the ends of justice served by granting the defendant's request for a

27 continuance outweigh the best interest of the public and the defendant's in a speedy trial, and

28 that this is an appropriate exclusion of time for defense preparation within the meaning of

1  18 U.S.C. § 3161(h)(7) (Local Code T4).

2  Dated:  September 13, 2012        /s/ David W. Dratman
                                     DAVID W. DRATMAN
3                                    Attorney for Defendant
                                     LONNIE TERRELL
4

5  Dated:  September 13, 2012        BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY
6
                                By: /s/Michael D. Anderson *
7                                    MICHAEL D. ANDERSON
                                     Assistant U.S. Attorney
8                                    *Signed with permission

9

10                                **ORDER**

11     The Court, having considered the stipulation of the parties, and good cause

12 appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  The

13 Court orders the status conference continued to October 16, 2012, at 9:15 a.m.  For the reasons

14 stated above, the Court finds that the ends of justice served by granting the continuance outweigh

15 the best interest of the public and the defendant in a speedy trial.  The Court orders time

16 excluded from the date of this order through the status conference on October 16, 2012, pursuant

17 to 18 U.S.C. § 3161(h)(7) (Local Code T4).

18     It is so ordered.

19 Dated: September 17, 2012

20                                    _____
                                      LAWRENCE K. KARLTON
21                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
22

**STIPULATION AND ORDER RE LONNIE TERRELL TO CONTINUE STATUS CONFERENCE TO OCTOBER 16, 2012**
*United States v. Lonnie Terrell*
**[CR. S-10-477 LKK]**