KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RUTH JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 10-CR-0477LKK |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| v. | ) EXCLUDABLE TIME PERIODS |
| | ) UNDER SPEEDY TRIAL ACT; |
| | )  FINDINGS AND |
| LONNIE TERRELL | ) |
| RUTH JIMENEZ | ) Date: 11/6/12 |
| ANTHONY MONTANO | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) |
| _____ | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 16, 2012.

2. By this stipulation, defendant now moves to continue the status conference until November 6, 2012 and to exclude time between October 16, 2012 and November 6, 2012 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the

-1-

following:

a. The government has represented that the discovery associated with this case includes numerous documents, witness interviews and pictures. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government has provided plea offers in this case.

b. Counsel for the defendants desire additional time to review the current charges, to finish ongoing investigation and mitigation, and to discuss potential resolutions with their clients.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 16, 2012 to November 6, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 12, 2012                           Respectfully submitted,

                                                                   /s/ Kelly Babineau
                                                                   KELLY BABINEAU
                                                                   Attorney for Ruth Jimenez

Dated: October 12, 2012                           /s/ David Dratman
                                                                   Kelly Babineau for:
                                                                   DAVID DRATMAN
                                                                   Attorney for Lonnie Terrell

Dated: October 12, 2012                           /s/ Michael Petrik
                                                                   Kelly Babineau for
                                                                   MICHAEL PETRICK
                                                                   Attorney for Anthony Montano

Dated: October 12, 2012                           /s/ Michael Anderson
                                                                   Kelly Babineau for:
                                                                   MICHAEL ANDERSON
                                                                   Assistant U.S. Attorney

## O R D E R

IT IS SO FOUND AND ORDERED this 15th day of October, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT