1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5

6  Attorney for Defendant
   LONNIE TERRELL
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,                Case No.  2:10CR0477 LKK

12             Plaintiff,                   **STIPULATION AND ORDER RE
                                            LONNIE TERRELL TO CONTINUE
13         vs.                              STATUS CONFERENCE TO
                                            JANUARY 15, 2012**
14  LONNIE TERRELL, et al.,

15             Defendants.

16         IT IS HEREBY STIPULATED between Plaintiff, United States, through their

17  attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant,

18  Lonnie Terrell, through his attorney of record, David W. Dratman, that the Court should

19  vacate the status conference scheduled for December 11, 2012, at 9:15 a.m.; and, reset it for

20  January 15, 2013, at 9:15 a.m. for defendant Lonnie Terrell only.

21         Counsel for defendant Terrell requires further time to review discovery, to confer with

22  his client, and to negotiate with the government in an effort to resolve this matter. Counsel

23  for defendant Terrell has been informed that the Government's position is that this  is a final

24  continuance before setting a trial date.

25         The parties further stipulate that the Court should exclude the period from the date of

26  this order through January 15, 2013, when it computes the time within which the trial of the

27  above criminal prosecution must commence for purposes of the Speedy Trial Act. The

28  parties stipulate that the ends of justice served by granting the defendant's request for a

continuance outweigh the best interest of the public and the defendant's in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated:  December 6, 2012  /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
LONNIE TERRELL

Dated: December 6, 2012  BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/Michael D. Anderson *
MICHAEL D. ANDERSON
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is so ordered.

Dated: December 6, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT