DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
LONNIE TERRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:10-cr-0477-LKK |
|---|---|
| Plaintiff, | **REQUEST AND [PROPOSED]  ORDER TO EXONERATE BAIL AND TO RECONVEY PROPERTY** |
| vs. | |
| LONNIE TERRELL, | |
| Defendant. | |

Based upon notification that Defendant, Lonnie Terrell, has surrendered to the Bureau of Prisons to commence his sentence, it is respectfully requested that all property, both real property and cash, posted in support of his release be exonerated and be re-conveyed forthwith.

Dated: January 3, 2014           /s/ David W. Dratman
                                 DAVID W. DRATMAN
                                 Attorney for Defendant
                                 LONNIE TERRELL

## **ORDER**

All property, both real property and cash, posted in support of defendant's release is ordered exonerated and shall be re-conveyed forthwith.

It is so ordered.

Dated: January 13, 2014.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE