1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   HANNAH R. LABAREE, Bar #294338
    Assistant Federal Defender
3   Counsel Designated for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant
    LONNIE PATRICK TERRELL
7

8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | No.  Cr. S 10-477 MCE |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| LONNIE PATRICK TERRELL, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge:  Honorable MORRISON C. ENGLAND, JR. |

17       Defendant, LONNIE PATRICK TERRELL, by and through his attorney, Assistant

18   Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and

19   through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20       1.       Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21   imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22   based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23   pursuant to 28 U.S.C. § 994(o);

24       2.       On August 27, 2013, this Court sentenced Mr. Terrell to a term of 72 months

25   imprisonment;

26       3.       Mr. Terrell's total offense level was 29, his criminal history category was III, and

27   the resulting guideline range was 108 to 135 months.   This Court sentenced him below the

28   applicable mandatory minimum pursuant to government's motion;

4.      The sentencing range applicable to Mr. Terrell's drug offense was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Terrell's total offense level has been reduced from 29 to 27, and his amended guideline range is 87 to 108 months.  A reduction comparable to the one he received initially produces a term of 52 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Terrell's term of imprisonment to a term of 52 months.

Respectfully submitted,

Dated:  August 5, 2015                      Dated:  August 5, 2015

BENJAMIN B. WAGNER                 HEATHER E. WILLIAMS
United States Attorney                     Federal Defender


 /s/ *Jason Hitt*                              /s/ *Hannah Labaree*
JASON HITT                                  HANNAH LABAREE
Assistant U.S. Attorney                    Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA        LONNIE PATRICK TERRELL


## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Terrell is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 87 to 108 months.  A reduction comparable to the one he received at the initial sentencing produces a term of 52 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August, 2013, is reduced to a term of 52 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1   reduction in sentence, and shall serve certified copies of the amended judgment on the United

2   States Bureau of Prisons and the United States Probation Office.

3           Unless otherwise ordered, Mr. Terrell shall report to the United States Probation Office

4   within seventy-two hours after her release.

5           IT IS SO ORDERED.

6   Dated:  August 10, 2015

7

8   _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
9   UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28