AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:10-cr-00477-MCE   Document 280   Filed 08/19/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:10-cr-00477-01 |
| LONNIE PATRICK TERRELL ) | |
| ) | USM No: 65401-097 |
| Date of Original Judgment: 8/27/2013 ) | |
| Date of Previous Amended Judgment: ) | Hannah Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 72 months **is reduced to** 52 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 8/27/2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/19/2015

*Judge's signature*

Effective Date: 11/1/2015

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE

*(if different from order date)*  *Printed name and title*