IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LONNIE TERRELL,<br><br>    Defendant. | Case No. 10-cr-00477-MCE<br><br>**O R D E R<br>APPOINTING COUNSEL** |

    This defendant contacted the Federal Defender seeking early termination of his supervised release. CJA Panel attorney Jessica Graves is hereby appointed for the limited purpose of consulting Lonnie Terrell regarding early termination and possible related motion, effective November 21, 2017, the date the Office of the Federal Defender first contacted her.

    Appointed counsel is ordered to retain the signed Financial Affidavit supporting appointment.

    IT IS SO ORDERED.

Dated: November 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL    1